Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 MAY 25 AM 11:25
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By ____ DEPUTY

JOHN COLLIARD, as an individual consumer, and on behalf of all others similarly situated.
vs
MENU FOODS, INC., a New Jersey corporation, and CHEMNUTRA, INC., a Delaware corporation,

**SUMMONS IN A CIVIL ACTION**
Case No. 07-CV-951-IEG (BLM)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Harold M. Hewell (Cal. SBN: 171210)
Hewell Law Firm, APC
402 West Broadway, Fourth Floor, San Diego, California 92101
Tel: (619) 235-6854; Fax: (619)235-9122, Email: hmhewell@hewell-lawfirm.com

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                                5/25/07
CLERK                                                  DATE
(SEAL)
By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)