1

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   JOHN COLLIARD, as an individual          CASE NO. 07cv951 IEG (BLM)
     consumer, and on behalf of all others
12   similarly situated,                      **ORDER GRANTING REQUEST TO**
                                              **MAINTAIN STAY**
13                          Plaintiff,
                                              CTROOM:        1
14   v.                                       JUDGE:         Hon. Irma E. Gonzalez
                                              TRIAL DATE:    Not Set
15   MENU FOODS, INC., a New Jersey
     corporation, and CHEMNUTRA, INC., a
16   Delaware corporation,

17                          Defendants.

18

19                              <u>**ORDER**</u>

20

21          Pursuant to the Notice Of Multidistrict Consolidation Pursuant To 28 U.S.C. § 1407 And

22   Request To Maintain Stay made by Defendant MENU FOODS, INC., and for good cause shown,

23   the Request To Maintain Stay is hereby granted.

24          IT IS SO ORDERED.

25

26   Dated:  <u>July 12, 2007</u>

27                                            The Honorable Irma E. Gonzalez
                                              District Court Judge

28

HIGGS, FLETCHER     723048-00553
& MACK LLP          814410.1
ATTORNEYS AT LAW
SAN DIEGO                                                              07cv951 IEG (BLM)

Dockets.Justia.com