FILED

07 JUL 25  AM 10: 43

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____  DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN COLLIARD, as an individual consumer, and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br><br>v.<br><br>MENU FOODS, INC., a New Jersey corporation, and CHEMNUTRA, INC., a Delaware corporation,<br><br>                          Defendants. | CASE NO. 07cv951 IEG (BLM)<br><br>~~[PROPOSED]~~ **ORDER GRANTING REQUEST TO MAINTAIN STAY**<br><br>CTROOM:        1<br>JUDGE:          Hon. Irma E. Gonzalez<br>TRIAL DATE:   Not Set |

## ORDER

Pursuant to the Notice Of Multidistrict Consolidation Pursuant To 28 U.S.C. § 1407 And

Request To Maintain Stay made by Defendant MENU FOODS, INC., and for good cause shown,

the Request To Maintain Stay is hereby granted.

IT IS SO ORDERED.

Dated:  **7/12/07**

_____
The Honorable Irma E. Gonzalez
District Court Judge

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

723048-00553
814410.1

07cv951 IEG (BLM)

Dockets.Justia.com